UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-18-2

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:19CR59  KAD |
| v. | VIOLATIONS: |
| JOSEPH DIAZ, a.k.a. "J"<br>and<br>JOSE DIAZ | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi) (Possession with Intent to Distribute, and Distribution of, 40 Grams or More of Fentanyl) |
| | 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute, and to Distribute, 40 grams of Fentanyl) |
| | 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |
| | 21 U.S.C. § 853 (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Possess with Intent to Distribute, and to Distribute, Fentanyl)

1. On or about February 13, 2019, in the District of Connecticut, the defendants JOSEPH DIAZ, a.k.a. "J" and JOSE DIAZ, together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that the defendants JOSEPH DIAZ, and JOSE DIAZ, together with others known and unknown to the Grand Jury, would distribute and possess with intent to distribute a controlled substance, namely, N-phenyl-N-[1-(2-

1

phenylethyl)-4-piperidinyl] propanamide (hereinafter referred to as "fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. Defendants JOSEPH DIAZ and JOSE DIAZ knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation Title 21, United States Code, Section 841(b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute Fentanyl)

4. On or about February 13, 2019, in the District of Connecticut, the defendants JOSEPH DIAZ, a.k.a. "J" and JOSE DIAZ knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT THREE
(Possession with Intent to Distribute Fentanyl)

5. On or about February 13, 2019, in the District of Connecticut, the defendant JOSEPH DIAZ, a.k.a. "J" knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

6. On or about February 13, 2019, in the District of Connecticut, the defendant JOSEPH DIAZ, a.k.a. "J" did knowingly possess firearms, namely, a Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371764228, and a Ruger, Model SR22P, .22 caliber pistol, bearing serial number 366-34756, in furtherance of drug trafficking crimes for which he may be prosecuted in a Court of the United States, that are, violations of Title 21, United States Code, Sections 841(a)(1) and 846, as charged in Counts One, Two and Three of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

7. Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Three of this Indictment, the defendants JOSEPH DIAZ, a.k.a. "J" and JOSE DIAZ shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses. including, but not limited to, the following: (1) approximately $1,704 in United States currency seized from the person or possession of JOSEPH DIAZ, a.k.a. "J" on February 13, 2019; (2) approximately $2,500 in United States Currency seized from 81 Faith Road, Newington, Connecticut, on February 13, 2019; (3) one Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371764228, seized from the person or

possession of JOSEPH DIAZ, a.k.a. "J" on February 13, 2019; and (4) Ruger, Model SR22P, .22 caliber pistol, bearing serial number 366-34756, seized from 81 Faith Road, Newington, Connecticut, on February 13, 2019.

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearm Offense)

9. Upon conviction of one or more of the offenses alleged in Count Four of this Indictment, the defendant JOSEPH DIAZ, a.k.a. "J" shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: one Ruger, Model LCP, .380 caliber semi-automatic pistol, bearing serial number 371764228, seized from the person or possession of JOSEPH DIAZ, a.k.a. "J" on February 13, 2019, and one Ruger, Model SR22P, .22 caliber pistol, bearing serial number 366-34756, seized

bearing serial number 366-34756, seized from 81 Faith Road, Newington, Connecticut, on February 13, 2019.

All in accordance with Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

BRIAN P. LEAMING
ASSISTANT UNITED STATES ATTORNEY